**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:10-CR-00053-LSC-FG3** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **RODOLFO VELASCO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's unopposed motion to continue trial (#18) for the reason that more time is needed to complete forensic testing.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for September 14, 2010 is continued to **October 26, 2010.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **September 14, 2010 and April 27, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 30, 2010.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**